**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CR-190-JCM (PAL) |
| ) | |
| VICTOR MANUAL MORALES-VELAZQUEZ,) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

On July 31, 2009, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 8, United States Code, Section 1324(b) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(6)(a)(ii)(I); and Title 18, United States Code, Section 982(a)(6)(a)(ii)(II) based upon the plea of guilty by defendant VICTOR MANUAL MORALES-VELAZQUES to a criminal offense, forfeiting specific property alleged in the Criminal Information and shown by the United States to have a requisite nexus to the offense to which defendant VICTOR MANUAL MORALES-VELAZQUEZ pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 17, 2010 through June 15, 2010, notifying all known third parties of their right to petition the Court.

. . .

1    This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 8, United States Code, Section 1324(b) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(6)(a)(ii)(I); and Title 18, United States Code, Section 982(a)(6)(a)(ii)(II); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

- a) Walther 4.5 mm (.177) BB (Pellet) Pistol Umarex USA, made in Japan;
- b) Tanfoglio Witness 1911 4.5 mm (.177) BB (Pellet) Pistol, made in Taiwan, Cybergun USA;
- c) Sig Sauer SP 2022 4.5 mm (.177) BB (Pellet) Pistol, made in Taiwan, KWC;
- d) Automatic opening bladed knife; and
- e) $4,969.00 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 29th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

2

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Heidi L. Skillin, certify that the following individuals were served with copies of the |
| 3 | Final Order of Forfeiture on July 23, 2010 by the below identified method of service: |
| 4 | E-mail/ECF |
| 5 | |
| 6 | Shari Kaufman<br>Federal Public Defender<br>411 East Bonneville, Suite 250 |
| 7 | Las Vegas, NV 89101<br>Email:ECF_Vegas@FD.ORG |
| 8 | *Counsel for Filipe De Jesus_Villela* |
| 9 | Terrence M. Jackson<br>Law Office of Terrence M. Jackson |
| 10 | 624 South Ninth Street<br>Las Vegas, NV 89101 |
| 11 | Email:Terry.Jackson.Esq@gmail.com<br>*Counsel for Victor Manual Morales-Velazquez* |
| 12 | |
| | James A. Oronoz |
| 13 | James A. Oronoz, Chtd.<br>700 S. Third Street |
| 14 | Las Vegas, NV 89101<br>Email:jimoronoz@gmail.com |
| 15 | *Counsel for Angel Rigoberto Uribe-Ibarra* |
| 16 | Randall J. Roske<br>Law Office of Randall J. Roske |
| 17 | 2055 W. Charleston Boulevard, Suite C<br>Las Vegas, NV 89102 |
| 18 | Email: rjoske@yahoo.com<br>*Counsel for Gerardo Perez-Villegas* |
| 19 | |
| | Chad A. Bowers |
| 20 | The Law Office of Chad A. Bowers, Ltd.<br>3202 W. Charleston Blvd. |
| 21 | Las Vegas, NV 89102<br>Email: chadbowers@lawyer.com |
| 22 | *Counsel for Orlando Jimenez* |
| 23 | Peter S. Christiansen<br>Christiansen Law Office |
| 24 | 9910 W. Cheyenne Ave., Suite 110<br>Las Vegas, NV 89129 |
| 25 | Email:pchristiansen@christiansenlaw.com<br>*Counsel for Jesus Castro-Herrera* |
| 26 | |

1
2
3
4   Kalani K. Hoo
    Eichorn & Hoo, LLC.
    515 E. Bonneville Avenue
    Las Vegas, NV
    Email: kalani@lvdefense.com
    *Counsel for Adriana Arana-Cruz*

5
6                              /s/HeidiLSkillin
                               HEIDI L. SKILLIN
                               Forfeiture Support Associate Clerk

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26